UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAMELA LYNN and WILSON LYNN, JR, | § § § | CIVIL ACTION NO 4:24-cv-00935 |
| Plaintiffs, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| KAISER FOUNDATION HEALTH PLAN INC, *et al*, | § § § | |
| Defendants. | § | |

**FINAL JUDGMENT**

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Memorandum and Recommendation and Order of Adoption entered this same day.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on June 5, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge